## (January 22, 1960)

■ In the Matter of MORGAN GUARANTY TRUST COMPANY OF NEW YORK et al., as Executors of OTTO KNOPF, Deceased, against LILLIAN WASSERMAN.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 4,

1960, with notice of argument for February 16, 1960, said appeal to be argued or submitted when reached.   Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.